COTTON QUEEN FROCKS, INC., Appellant, v. CONSOLIDATED TEXTILE CO., INC., Respondent.— No opinion. Present — Glennon, J. P., Dore, Cohn, Van Voorhis and Shientag, JJ.; Glennon, J. P., and Dore, J., dissent and vote to reverse the order and the judgment appealed from and to deny the motion for summary judgment on the ground that there are issues of fact to be tried. [See *post*, p. 654.]

FLORENCE SORGEN, Respondent, v. ISAAC SORGEN, Appellant.—

No opinion. Present — Glennon, J. P., Dore, Cohn, Van Voorhis and Shientag, JJ.; Van Voorhis, J., dissents and votes to reverse and grant judgment of separation to the defendant under *Mirizio* v. *Mirizio* (242 N. Y. 74). Settle order on notice.

In the Matter of the Construction of the Will of STEWART M. BRICE, Deceased. HAMILTON C. RICKABY, as Executor of HELEN O. BRICE, Deceased, et al., Appellants; GUARANTY TRUST COMPANY OF NEW YORK, as Successor Trustee under the Will of STEWART M. BRICE, Deceased, et al., Respondents.— No opinion. Present — Glennon, J. P., Dore, Cohn, Van Voorhis and Shientag, JJ.

PHILIP LUBITZ, Respondent, v. JULIUS KLEIN et al., Appellants. (Action No. 1.) HERMAN KLEIN, Respondent, v. GREEN BUS LINES, INC., Appellant. (Action No. 2.) —

No opinion. Present — Glennon, J. P., Dore, Cohn, Van Voorhis and Shientag, JJ.

VIRCHAND PANACHAND & CO., INC., Respondent, v. I. D. TALVE TRADING CORP., Appellant.— No opinion. Present — Glennon, J. P., Dore, Cohn, Van Voorhis and Shientag, JJ. [See *post*, p. 733.]